# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:06CR151-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JESSE DAVID REID, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion to Adopt Motions of Co-Defendants and Motion to Extend Time for Filing Pretrial Motions" (Document No. 74), filed September 12, 2006. The Government has not filed a response. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for disposition.

The Court in its discretion will grant both motions.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion to Adopt Motions of Co-Defendants" is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's "Motion to Extend Time for Filing Pretrial Motions" is hereby **GRANTED**. Defendant shall have until October 30, 2006 to file pretrial motions. This is without prejudice to Defendant's right to bring a successive extension motion if the government has not timely provided discovery.

Signed: October 12, 2006

_____
David C. Keesler
United States Magistrate Judge