UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | DOCKET NO. 3:06CR151-9 |
| ) | |
| v. ) | ORDER TO DISMISS INDICTMENT |
| ) | WITHOUT PREJUDICE |
| **JESSE DAVID REID (9)** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

On the government's motion to dismiss the Indictment against JESSE DAVID REID in the above-captioned matter, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Indictment against JESSE DAVID REID in Case No: 3:06CR151 be dismissed without prejudice.

IT IS SO ORDERED.

Signed: January 10, 2008

Frank D. Whitney
United States District Judge